OIF

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
NELDO AYALA, MOHAMMED ELISSAOUI,   Case No. 14-Civ-5269
EBER VEGA and CARLOS GARCIA,
            Plaintiffs,

                  **VOLUNTARY**
                  **DISMISSAL WITH**
                  **PREJUDICE**

     against

YOUR FAVORITE AUTO REPAIR &
DIAGNOSTIC CENTER, INC.,
AUTO MAINTENANCE SALES & SERVICE CAR
WASHING & DETAILING, INC., and ANTHONY
BOUMOUSSA,
            Defendants.
-----------------------------------------------------------X

    **IT IS HEREBY STIPULATED AND AGREED**, by and between the undersigned Parties, through their respective counsel, that the above action be and is hereby dismissed with prejudice and without costs to either party.

    The Court shall retain jurisdiction over the settlement for the purposes of the enforcement of the provisions thereof.

Dated: New York, NY                Dated: New York, NY

_____, 2016                      _____, 2016

P LAW OFFICES OF WILLIAM CAFARO      CUOMO LLC

By: _____            By: _____
                                            OSCAR MICHELEN
                                            (dm 6195)

SO ORDERED this 4th day of Jan., 2015

/s/(ARR)
--------
Alleyne R. Ross, U.S.D.J.