# EXHIBIT 4

# LAW OFFICES OF
# WILLIAM CAFARO

www.cafaroesq.com

*William Cafaro, Esq.*
ADMITTED IN NY, CA, MD & TX

108 West 39th Street, Suite 602
New York, New York 10018
Telephone: 212.583.7400
Facsimile: 212.583.7401
Email: bcafaro@cafaroesq.com

*Amit Kumar, Esq.*
*Associate*
ADMITTED IN NY & NJ
Email: akumar@cafaroesq.com

*Andrew S. Buzin, Esq.*
*Of Counsel*
ADMITTED IN NY, FL & DC

January 16, 2017

*Via Ordinary mail and E-Mail*
Oscar Michelen
Cuomo LLC
200 Old Country Road
Suite 2 South
Mineola, NY 11501

Re:   Ayala *et al* v. Your Favorite Auto Repair &
Diagnostic Center, Inc. *et al*
Index No.: 14-CV-05269 (ARR) (JO)

Dear Mr. Michelen:

Pursuant to section 3 of the signed Settlement Agreement ("The Agreement"), in the above referenced action, this letter constitutes Notice to Cure for late payment. The checks which constitute the first payment which were to be received on or before December 13, 2016 have not arrived.

According to the terms of The Agreement, you have five (5) business days to cure these deficiencies. Should the Defendants fail to cure the deficiencies or any check is dishonored this will constitute a default under the terms of The Agreement and the Plaintiffs will be entitled to enter judgment against the Defendants based on the confessions of judgment in the amount of $525,000.00, less 175% of any monies paid by the Defendants prior to default.

Thank you for your kind attention to this.

Very Truly Yours,
Law Offices of William Cafaro

By:   Amit Kumar, Esq.
      Associate