# EXHIBIT 7

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
NELDO AYALA, MOHAMMED ELISSAOUI,　　　　　Case No. 14-Civ-5269
EBER VEGA and CARLOS GARCIA,
　　　　　　　　Plaintiffs,

　　　　　　　　　　　　　　　　　　　　　　　　**AFFIDAVIT OF**
　　　　　　　　　　　　　　　　　　　　　　　　**CONFESSION**
　　　　　　　　　　　　　　　　　　　　　　　　**OF JUDGMENT**
　　against

YOUR FAVORITE AUTO REPAIR &
DIAGNOSTIC CENTER, INC.,
AUTO MAINTENANCE SALES & SERVICE CAR
WASHING & DETAILING, INC., and ANTHONY
BOUMOUSSA,
　　　　　　　　Defendants.
-----------------------------------------------------------------X
STATE OF NEW YORK　　　　　}
　　　　　　　　　　　　　　　　}ss:
COUNTY OF _____　}

　　　The Undersigned, YOUR FAVORITE AUTO REPAIR & DIAGNOSTIC CENTER, INC., and AUTO MAINTENANCE SALES & SERVICE CAR WASHING & DETAILING, INC., (collectively referred to as the "Undersigned Entities") through and by ANTHONY BOUMOUSSA, a duly sworn shareholder and officer with authority to bind the Undersigned Entities, as well as ANTHONY BOUMOUSSA in his individual capacity as well as in his corporate capacities, being duly sworn and over the age of 18 years, does depose and say:

　　　1.　　I have authority to sign on behalf of the Undersigned Entities as the Owner, Officer, Director, and/or Authorized Shareholders of those entities aforesaid, and as a duly designated and authorized representative of the Undersigned Entities, I makes this affidavit in such capacities, as well as on my own behalf personally and individually.

　　　2.　　That each of the Undersigned Entities, as well as myself, have our actual and

principal places of business at 7017 Bay Pkwy, Brooklyn, NY 11204

3. This confession of judgment is for a debt justly due to Plaintiffs and/or their attorneys pursuant to a certain Settlement and Release Agreement ("Agreement") which resolved a certain action in the United States District Court for the Eastern District of New York, Action No. 14-cv-5269, involving certain wage and hour claims made by Neldo Ayala, Mohammed Elissaoui, Eber Vega and Carlos Garcia, ("Plaintiffs"). Plaintiffs were employees of the Undersigned Entities as well as employees of the undersigned personally. That action alleged certain violations of the Fair Labor Standards Act and the New York Labor Law, and this confession was given as part and parcel of the Agreement which settled that action in order to secure the Plaintiffs in the event of any default in the payments required under the Agreement.

4. The Undersigned Entities, as well as myself personally and individually, hereby confess judgment, and authorize entry of judgment by the Plaintiffs and/or their attorneys against the Undersigned Entities and against myself individually and personally, jointly and severally, in the sum of Five Hundred Twenty Five Thousand Dollars and 00/100 Cents ($525,000.00), less 175% of any payments already made, in lieu of all costs of collection, interest, attorneys' fees and other fees which have accrued up to the date of entry of judgment hereon. The Agreement aforesaid also provides for attorney's fees to Plaintiff's counsel, William Cafaro, P.C., and William Cafaro, P.C. shall also have the right to enter judgment against the undersigned if all other conditions required for the entry of judgment are met.

5. Any signature by the Undersigned Entities or by myself may be signed by pdf, e-mail, by facsimile, or by any other medium capable of reliable reproduction, and the same shall be valid as against the party to be charged.

6. Judgment may only be entered upon this Affidavit of Confession by Plaintiffs'

24

entry of judgment hereon. The Agreement aforesaid also provides for attorney's fees to Plaintiff's counsel, William Cafaro, P.C., and William Cafaro, P.C. shall also have the right to enter judgment against the undersigned if all other conditions required for the entry of judgment are met.

5. Any signature by the Undersigned Entities or by myself may be signed by pdf, e-mail, by facsimile, or by any other medium capable of reliable reproduction, and the same shall be valid as against the party to be charged.

6. Judgment may only be entered upon this Affidavit of Confession by Plaintiffs' counsel, William Cafaro, ("Cafaro") or by his lawfully designated successor in the event of his death or disability, and any application for the entry of judgment hereunder must be accompanied by an affidavit from Cafaro or his lawfully designated successor giving the Defendants due credit, if any, for any and all payments made prior to the default.

YOUR FAVORITE AUTO REPAIR &
DIAGNOSTIC CENTER, INC.

Dated: 11/9/16

By: _____
Anthony Boumoussa
Officer and Authorized Representative

STATE OF New York )
                  ) ss.:
COUNTY OF Kings   )

On 11/9/16 2016, before me personally came Anthony Boumoussa and acknowledged him(her)self to be an officer and an Authorized Representative of YOUR FAVORITE AUTO REPAIR & DIAGNOSTIC CENTER, INC. and that (s)he, as such, being authorized so to do, executed the foregoing instrument for the purposes therein contained, by

28

signing his (her) name on behalf of the corporation by him(her) self as Owner and an Authorized Representative.

_____
Notary Public
JOSEPH R. COSTELLO
Notary Public, State of New York
No. 01CO5023572
Qualified in Kings
Commission Expires 2/7/18

AUTO MAINTENANCE SALES & SERVICE
CAR WASHING & DETAILING, INC.

Dated: 11/9/16            By: _____
                              Anthony Boumoussa
                              Officer and Authorized Representative

STATE OF New York  )
                   )ss.:
COUNTY OF Kings    )

On ___11/9/___ 2016 before me personally came __Anthony Boumoussa__ and acknowledged him(her)self to be an officer and an Authorized Representative of AUTO MAINTENANCE SALES & SERVICE CAR WASHING & DETAILING, INC.
and that (s)he, as such, being authorized so to do, executed the foregoing instrument for the purposes therein contained, by signing his (her) name on behalf of the corporation by him(her) self as Owner and an Authorized Representative.

_____
Notary Public

29

Dated: 11/5/16

_____
Anthony Boumoussa, Individually

STATE OF New York  )
                   )ss.:
COUNTY OF Kings    )

On 11/9 _____, 2016 before me personally came to me Anthony Boumoussa known to me to be the individual described in, and who executed the foregoing Settlement Agreement and Release, and duly acknowledged to me that he executed the same.

_____
Notary Public

[Notary stamp: State of New York, Qualified in Kings, Commission Expires 2/7/18]

30