UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------X
NELDO AYALA, MOHAMMED ELISSAOUI
EBER VEGA, and CARLOS GARCIA,

Case No.: 14-Civ-05269

                Plaintiffs,

**AFFIDAVIT OF SERVICE**

                -against-

YOUR FAVORITE AUTO REPAIR &
DIAGNOSTIC CENTER, INC.,
AUTO MAINTENANCE SALES & SERVICE CAR
WASHING & DETAILING, INC., and ANTHONY
BOUMOUSSA,

                Defendants.
------------------------------------------------------------X
STATE OF NEW YORK    )
                                )ss:
COUNTY OF NEW YORK )

       Pamela Santos, being duly sworn, says:

       I am not a party to the action; I reside at Queens, NY and I am over 18 years of age.

       On September 15, 2017 I served the within **AFFIRMATION IN SUPPORT OF DEFAULT DUE TO NONPAYMENT OF SETTLEMENT PROCEEDS and SUPPORTING EXHIBITS** by depositing true copies thereof, enclosed in a post-paid wrapper, in an official depository under the exclusive care and custody of the United States Postal Service within New York State, addressed to the following at the last known address set forth below:

Oscar Michelen
Cuomo LLC
*Attorneys for the Defendants*
200 Old Country Road
Suite 2 South
Mineola, NY 11501

Sworn to before me
On September 15, 2017

_____
NOTARY PUBLIC

_____
Pamela Santos

**AMIT KUMAR**
**Notary Public State of New York**
No. 02KU6289837
Certified in Nassau County
Commission Expires Sept. 30, 2017